# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 18CR5308-AJB |
| vs. | JUDGMENT OF DISMISSAL |
| VICENTE ZADOC LOPEZ PALOMARES (01) | |
| Defendant. | |

FILED
JAN 18 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

21:841(a)(1);18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/14/2019

_____
Hon. Anthony J. Battaglia
United States District Judge